UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BK CASE NO. 09-25544-AJC
CHAPTER 7

IN RE:

Eddy Niebla
    Debtor(s).

**Any interested party who fails to file and serve a written response to this motion within 15 days after the date of service stated in this motion shall, pursuant to Local Rule 4001-1(c) be deemed to have consented to the entry of an order granting the relief requested in the motion.**

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**(RE: 2001 Biscayne Boulevard, Condo Unit #3209, Miami, FL 33137)**

  **COMES NOW** ONEWEST BANK FSB, by and through its undersigned counsel, and moves this Honorable Court for Relief from the Automatic Stay and in support thereof would show:

  1. That this Motion is brought pursuant to 11 U.S.C., Section 362(d) and Bankruptcy Rule 4001(a) and Local Guidelines effective June 2, 2008.

  2. That the Debtor(s) Eddy Niebla, filed a Voluntary Petition pursuant to Chapter 7 of the United State Bankruptcy Code on July 29, 2009.

  3. That OneWest Bank FSB is the holder of the Note and recorded Mortgage dated June 25, 2007, originally given to Eddy Niebla, and given by Mortgage Electronic Registration Systems, Inc., as Nominee for IndyMac Bank, FSB and recorded on July 11, 2007. The mortgage was recorded in the Public Records of Miami-Dade County, Florida, at Book 25769, Page 4088. See Exhibit "A" Copy of Note and recorded Mortgage. See Exhibit "B" Assignment of Mortgage.

4.  That the aforementioned documents give OneWest Bank FSB a First Mortgage position on property known as:

UNIT NO. 3209, OF CITE CONDOMINIUM, A CONDOMINIUM ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 22775, PAGE 1573, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

Which bears a common address of 2001 Biscayne Boulevard, Condo Unit #3209, Miami, FL 33137

5.  That the Debtor(s) Eddy Niebla, is/are indebted to OneWest Bank FSB for pre-petition amounts of $191,515.13 and post-petition for the amount of $1,951.87. See Exhibit "C" Affidavit of Indebtedness and Exhibit "D" Indebtedness Worksheet.

6.  That payments pursuant to the aforementioned Note and Mortgage have been in default as of the monthly payment due for January 1, 2009 monthly mortgage payment and all payments thereafter.

7.  That the Debtor(s) has/have failed to adequately protect the interest of Movant.

8.  That the post-petition payment address for OneWest Bank FSB is 2900 Esperanza crossing, Austin, Texas 78758.

9.  The real property subject to this motion is not claimed as exempt by the Debtor. The real property has not been abandoned by the Trustee.

10. OneWest Bank FSB estimated value of the property is $168,150.00 The source of this estimate value of the real property is the county appraiser's just value which is attached as Exhibit "E".

11. That OneWest Bank FSB is prohibited from commencing or resuming a foreclosure action in State Court because of the pendency of this Bankruptcy action.

12. Undersigned counsel contacted all adverse parties prior to filing this motion for relief in an attempt to resolve the matter without hearing pursuant to Local Rule 9073-1(D).

**WHEREFORE,** OneWest Bank FSB moves this Honorable Court for relief from the Automatic Stay and for an Order allowing OneWest Bank FSB to pursue its State Court remedies or for any other relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Relief from the Automatic Stay was sent via CM/ECF transmission or via first class United States mail on this 27th day of August, 2009 to:

Eddy Niebla, 9440 Fontainebleau Boulevard #413, Miami, FL 33172

Patrick L Cordero, Esq., 198 Nw 37 Ave, Miami, FL 33125

Drew M. Dillworth, 2200 Museum Tower, 150 West Flagler St, Miami, FL 33130

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/ Mariam S. Zaki
Mariam S. Zaki
FL Bar # 18367
SHAPIRO & FISHMAN, LLP
Attorney for Secured Creditor
10004 N. Dale Mabry Highway, Suite 112
Tampa, FL 33618
Telephone: (813) 880-8888
Fax: (813) 880-8800
E-mail: mzaki@logs.com

09-137411