UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

IN RE:
Eddy Niebla,
    Debtor(s).

CASE NO. 09-25544-AJC

CHAPTER 7 CASE

### CERTIFICATE OF NO RESPONSE AND REQUEST FOR ENTRY OF ORDER

OneWest Bank, F.S.B f/k/a IndyMac Federal Bank, F.S.B. (Movant), filed a Motion for Relief from Stay onAugust 10, 2009, pursuant to Local Rule 4001-1(c) (Docket No. 19 ). Movant hereby represents:

1. The motion and proposed order (where required by the Local Rules) was timely served on all interested parties pursuant to the referenced rule as is shown on the certificate of service previously filed with the motion.

2. The motion contained the bulletin required by the referenced rule.

3. The deadline for response to the motion was August 27, 2009.

4. No objections to or requests for hearing on the motion have been received, and as of August 28, 2009, a check of the electronic entries docketed in this case confirms that no objections to or requests for hearing on the motion have been filed.

**WHEREFORE**, movant seeks the entry of an order, in the form which accompanies this certificate, granting the requested relief.

**RESPECTFULLY SUBMITTED** this 31 day of August, 2009.

    LAW OFFICES OF DAVID J. STERN, P.A.
    Attorney for Onew West Bank, F.S.B.
    900 South Pine Island Road, Suite 400
    Plantation, FL 33324
    Phone: (954) 233-8000 / Extension 1528
    Fax:   (954) 233-8111

    /s/Ana-Laura Diaz
    Ana-Laura Diaz
    FBN 27680

09-15193(INDNW)FM.mfr