

**ORDERED in the Southern District of Florida on September 03, 2009.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 09-25544-AJC<br>CHAPTER 7 CASE |
| Eddy Niebla,<br>        Debtor(s). | |

**ORDER LIFTING THE AUTOMATIC STAY
IN FAVOR OF ONE WEST BANK, F.S.B.**

**THIS CASE** came before the Court on the Motion for Relief from the Automatic Stay (Docket No. 19) filed pursuant to Local Rule 4001-1(c) by OneWest Bank, F.S.B f/k/a IndyMac Federal Bank, F.S.B. ("Secured Creditor"), and there being no objections to the entry of this Order within the 15 day negative notice period set forth therein , and the Court being otherwise more fully advised in the premises, it is:

**ORDERED**:

1. Secured Creditor's Motion for Relief from the Automatic Stay is granted.

2. The automatic stay imposed by 11 U.S.C. § 362 is lifted with respect to real property located at 6452 Custer Street, Hollywood, Florida 33024, legally described

as:

>  **LOT 5, BLOCK 4, OF LINWOOD GARDENS NO.1, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 50, PAGE 1, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.**

3. This Order lifting the automatic stay is entered for the sole purpose of allowing OneWest Bank, F.S.B f/k/a IndyMac Federal Bank, F.S.B. to pursue its lawful *in rem* remedies as to the above-described property and said creditor shall neither seek nor obtain an *in personam* judgment against the Debtor(s).

4. The Court waives the ten (10) day stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3) so that Secured Creditor may pursue its *in rem* remedies without further delay.

5. All communications sent by Secured Creditor in connection with proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement or other Loan Workout, may be sent directly to the Debtor.

###

**Order submitted by:**
Ana-Laura Diaz, Esq., Attorney for One West Bank F.S.B., Law Offices of David J. Stern, P.A., 900 South Pine Island Road, Suite 400, Plantation, FL 33324, (954)233-8000 Extension 1528

**Ana-Laura Diaz is directed to serve copies of this order on the parties listed and file a certificate of service.**

Eddy Niebla, 9440 Fontainebleau Blvd. #413, Miami, FL 33172

Drew M Dillworth, Trustee, 2200 Museum Tower, 150 West Flagler St, Miami, FL 33130

Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

Patrick L Cordero, Esq., 198 NW 37 Ave., Miami, FL 33125

09-15193(INDNW)FM.mfr